IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROLAND VANDER BOND, JR.**                                   **PETITIONER**

**VERSUS**                          **CIVIL ACTION NO. 1:11-cv-241-HSO-JMR**

**RON KING**                                                    **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on the Report and Recommendation [11] of Chief Magistrate Judge John M. Roper, entered in this cause on November 13, 2012. By separate Order entered this date, the Court adopted said Report and Recommendation as the finding of this Court, denied Petitioner Roland Vander Bond, Jr.'s 28 U.S.C. § 2254 Petition [1] for Writ of Habeas Corpus, and dismissed this case with prejudice. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of June, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE